## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JOHNNIE F. BEARDEN,**

   **Plaintiff,**

**vs.**                                    **CASE NO. 5:10-cv-332/RS-CJK**

**MICHAEL J. ASTRUE,**

   **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25).

Plaintiff has not filed objections.

   **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is

   incorporated in this Order.

2. The application for disability insurance benefits is **DENIED**.

3. The clerk is directed to close the file.


**ORDERED** on January 17, 2012.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**